# 341 FIRST CREDITOR'S MEETING
## PROCEEDINGS MEMO
### CHAPTER 11

| | |
|---|---|
| DEBTOR: | Farr Enterprises, Inc. *dba* Mountain Harbour Marina |
| CASE NO. | 16-40291 |
| DATE / TIME: | 08.19.16 / 2:00 p.m. |
| CONTINUED: | |
| FILING DATE: | 07.01.16 |
| APPEARANCES: | |
| PRINCIPAL OFFICER / REPRESENTATIVE: | Laura Aulgur, Pres. |
| SWORN / AFFIRMED: | ☑ YES   ☐ NO |
| DEBTOR ATTORNEY: | Edward C. Hay, Jr. ✓ |

**AMENDMENTS / ANNOUNCEMENTS:**

~~None~~
SOFA #13, #30  (2 weeks)
Inventory to include Store & fuel (2 weeks)

**EMPLOYEES, ETC.:**
**STOCKHOLDERS:**

Jonathan 1%
John        49 1/2 %      } Aulgur
Laura      49 1/2 %

**DIRECTORS:**

| |
|---|
| |
| |
| |

**EMPLOYEES:**  Number F/T: ___0___
                Number P/T: _____
Key/Insider Employees:

Changes in above prior to filing:

Receives housing — H & W

Changes in above subsequent to filing:

|  |
|--|
|  |
|  |
|  |

**BUSINESS OPERATION/ADMINISTRATIVE REQUIREMENTS:**

Nature of Business:

| |
|--|
| Marina |
| Land leased for cabins |
| |

Factors Contributing to Bankruptcy Filing:

| |
|--|
| Refinance could not be obtained |
| Could not pay balloon payment |
| on prior ch 11 case. |

Compliance with Operating Order:

| |
|--|
| New checking acct w/ 1st Citizens |
| No tax acct b/c pay R/E taxes |
| when due; small amts of sales tax |
| paid as accrued. |

Operational Changes Subsequent to Filing:

| |
|--|
| NONE |
| |
| |

Plan Formulation:

| |
|--|
| Restructure by agreement or |
| through Plan. |
| |

**BANKRUPTCY ADMINISTRATOR**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CREDITORS' COMMITTEE MEETING MINUTES**

| CASE NAME: | Farr Enterprises, Inc. *dba* Mountain Harbour Marina |
|---|---|
| CASE NO.: | 16-40291 |
| DATE: | 08.19.16 |

**PRESENT FOR CREDITORS' COMMITTEE:**

Counsel retained?          _____YES          _____NO

Accountant employed?   _____YES          _____NO

Topics Discussed (check)

Role of Creditors' Committee (powers and duties)

_____Debtor's Operating Reports
_____Compliance of Debtor with Operating Requirement
_____Appointment of Chapter 11 Trustee
_____Appointment of Examiner
_____Conversion or Dismissal of Case
_____Disclosure Statement and Plan
_____Other

**COMMENTS:**

| None |
|---|
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### SHELBY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No.:**   16-40291 |
| **FARR ENTERPRISES, INC.** | ) | **Chapter 11** |
| *dba* **Mountain Harbour Marina** | ) | |
| | ) | |
| **TAX ID #:**   56-1147313 | ) | |
| | ) | |
| _____ **Debtor(s)** _____ | ) | |

| | |
|---|---|
| ATTORNEY FOR DEBTOR: | Edward C. Hay, Jr. |
| PRESIDING OFFICER: | Linda W. Simpson / Alexandria P. Kenny / Ann V. Dornblazer |
| DATE: | 08.19.16 |

## SECTION 341 APPEARANCE SHEET - CHAPTER 11

| CREDITOR | REPRESENTATIVE | ADDRESS & PHONE |
|---|---|---|
| Morganton Savings & Reid & Patsy Scott | Rod Wilcox | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**ITEMS REQUESTED / ADDITIONAL REQUIREMENTS:**

| ITEM | DATE DUE |
|---|---|
| 2015 Tax Return | 2 weeks |
| Docs re boat | " " |
| | |
| | |
| | |

**CREDITOR / ASSET INFORMATION:**

Secured Creditors:

| NAME | ASSET | VALUE | CLAIM |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Priority Creditors:

| NAME/CLASS | CLAIM | PROPOSED  DISTRIBUTION |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Unsecured Creditors:

| NAME/CLASS | CLAIM | PROPOSED  DISTRIBUTION |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**OTHER ASSETS:**   (Real Property, Accounts, Vehicles, Equipment, Inventory, A/R, Contracts, Leases):

| |
|---|
| |
| |

**POST PETITION PAYMENTS/CREDIT ARRANGEMENTS:**

Cash Collateral/Post Petition Financing:

Taxes:

Operating Debt:

Secured Debt:

**COMMENTS:**

Presiding Officer