## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## SHELBY DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | **16-40291** |
| | ) | |
| **FARR ENTERPRISES, INC.** | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | **DISCLOSURE STATEMENT** |

The Debtor/Debtor-in-Possession, Farr Enterprises, Inc. (hereinafter referred to as "Farr") filed a voluntary Chapter 11 petition on July 1, 2016.

Notice and order for relief were filed by the Court on July 1, 2016 with the first meeting pursuant to Section 341 held on August 19, 2016 at 1:00 p.m. in Shelby, North Carolina.

Pursuant to 11 USC Section 1125 of the Bankruptcy Code, Farr  has prepared and filed this disclosure statement for the Court's approval for submission to the holders of claims or interests with respect to Farr and its assets.

The purpose of the disclosure statement is to provide the holders of claims against or interests in Farr with adequate information about Farr and the Plan to make an informed judgment about the merits of approving the Plan.

### THE DEBTOR - HISTORY AND ORGANIZATION

The debtor/debtor-in-possession was organized under North Carolina law on February 25th, 1977.  The primary purpose of Farr is to hold and operate the Mountain Harbor Marina on Lake James, North Carolina.

Farr's primary source of income is the rental of boat slips at the Mountain Harbor Marina, although Farr also generates income from the rental of camp sites located on the marina real property, the sale of gas, groceries, bait and miscellaneous boating and fishing equipment.

The existing equity interest holders of Farr acquired their equity interest in April, 2002. Subsequently, business operations over the years were continuously interrupted by two droughts, two hurricanes that resulted in total destruction by two severe floods.  Poor economic conditions, high gasolene prices, a posted policy of "no camping" along the lake shoreline, lack of access to capital (despite best efforts), and high above market interest rates payable to secure creditors created a necessity of the filing of a Chapter 11 reorganization in 2010, docketed as Case No. 10-40075.  The Chapter 11 Plan was confirmed, and provided for monthly payments on secured claims held by Morganton Federal Savings and Loan, and Reid and Patsy Scott, with an anniversary date after five years.  The loan held by the Small Business Administration was to be paid on contract terms.

Since the confirmation of Farr's first Chapter 11 Plan, Farr has been operating successfully and profitably, and has fully complied with the terms and payments of the Chapter 11 Plan. The successful operation of the marina has resulted in increased equity and reduced debt, and Farr has taken on no additional debt since the confirmation of its first Chapter 11 Plan. The successful, profitable operation of Farr has been despite natural disasters which affected its income, including a draw down of Lake James to fix dams, a micro burst on August 3, 2012, which destroyed the whole dock system, a flood on May 13, 2013, and continuous rain that forced closure of the marina on the week of the 4th of July, which is Farr's busiest week of the year. Necessary repairs from the disasters were made to daily operations and a substantial payment was made to Morganton Federal Savings and Loan.

In anticipation of the five year anniversary date provided for in Farr's first Chapter 11 Plan, Farr's officers sought refinancing. Among other efforts, Farr sought refinancing from the Small Business Administration, but the loan could not be approved since Farr collects rent annually and not monthly, which is a requirement for that refinancing. Farr attempted to seek financing from a Georgia bank with a USDA loan, but no agreement could be reached as the bank did not want to finance a marina. In fact, Farr approached several financial institutions, but none was willing to finance a marina. Beginning in June, 2015, Farr initiated a conversation with Morganton Federal Savings and Loan about refinancing its debt, but in February 2016, that refinance was declined. Farr has made several efforts to seek modification or refinancing of its secured debt directly from the holders of the secured debt, but each has declined. On January 26, 2016, Reid and Patsy Scott initiated a foreclosure proceeding which necessitated the filing of a second Chapter 11 proceeding, in order to stay the foreclosure and restructure the debt.

By way of further information, attached hereto is a copy of Farr's 2015 tax return, and a balance sheet as of September 30, 2016 (changes in the balance sheet may be made upon review by Farr's CPA at year end).

## ASSETS

Farr's business is the operation of the Mountain Harbor Marina on Lake James, North Carolina, and it is in the business of renting boat slips and camper/cabin spaces, as well as providing support by way of groceries, gasoline, etc. to its customers. Farr's primary asset is the 4.5 acre tract on which the marina is located, including the marina store and lounge, a two car garage with apartment, a bathroom building, a two car carport, storage shed and twelve rental spaces. Farr has determined that the present appraised value of the property is $1,900,000.00, based upon two offers to purchase received by Farr in 2015. Farr does own equipment, machinery, and a 14 foot Carolina skiff, all of which are incidental to the operation of the marina.

## FINANCIAL INFORMATION:

Attached are pertinent parts of tax returns for Farr for 2015, a profit and loss comparison for calendar year 2016 to date and 2015, and a balance sheet as of September 30, 2016.

## CREDITORS CLAIMS:

**SECURED CLAIMS:**

(1) Secured claim held by Morganton Savings Bank.  The first lien deed of trust is held by Morganton Savings Bank in the amount of $541,365.98 (no proof of claim filed).

(2)  Secured claim held by Reid and Patsy Scott.  Reid and Patsy Scott hold a second lien deed of trust secured by the 4.5 acre tract with a balance of $295,842.31 (no proof of claim filed).

(3) Secured claim held by the Small Business Association.  The Small Business Association holds a third lien deed of trust on the 4.5 acre tract with a balance of $336,422.08 (no claim filed).

**OTHER CLAIMS:**

Farr is not aware of any other claims held by any creditor, and no proofs of claim have been filed.

**EXECUTORY CONTRACTS:**

As of the date of the filing of the Petition, Farr had 65 existing contracts for rentals of marina slip space and/or cabins.

### THE PLAN OF REORGANIZATION

**CLASS 1.  ADMINISTRATIVE CLAIMS**: The Plan contemplates paying all administrative claims including, but not exclusively, court costs, quarterly fees (if any), accountant(s), attorney(s) for the debtor/debtor-in-possession administrative trade creditors and any other administrative claims so ordered by the Court. These costs are estimated not to exceed approximately $25,000.00 and will be paid on or before the effective date, or according to a negotiated payment plan if agreed to by an administrative claimant. A retainer towards attorney's fees of $11,075.00 has already been placed in escrow, pre-petition.

**CLASS 2.  IMPAIRED SECURED CLAIM OF MORGANTON SAVINGS BANK** in the claim amount of $541,365.98 as of November, 2016 and secured by a first lien Deed of Trust on the 4.5 acre tract, including the real estate known as Mountain Harbor Marina will be paid as an allowed secured claim with interest computed at 4.5% for a period of 13 years from September, 2015.  Monthly payments are contemplated to begin in the first full month after confirmation after the effective of the Plan and then on the first of each subsequent month thereafter.

3

**CLASS 3. IMPAIRED SECURED CLAIM OF REID AND PATSY SCOTT.** Claim is secured by the 4.5 acre tract, including the real estate known as Mountain Harbor Marina in the amount of $295,842.31 as of September, 2015. The allowed secured claim will be amortized over 13 years at the rate of 4.0% interest. Monthly payments are contemplated to begin in the first full month after the effective date of the Plan and then on the 20th day of each subsequent month.

**CLASS 4. IMPAIRED SECURED CLAIM HELD BY THE SMALL BUSINESS ASSOCIATION.** The Small Business Association holds a third lien deed of trust on the 4.5 acre tract, including the marina, and is owed $336,422.08. The Debtor will maintain regular monthly payments of $1,526.00 on the secured claim, on contract terms.

**CLASS 5. EXECUTORY CONTRACTS.** All Executory Contracts for rentals of marine slip space and/or cabins which have not otherwise terminated prior to the date of confirmation of Plan, will be assumed.

## DEFINITIONS:

**Allowed Claim**: An allowed claim is one listed by the debtor on its petition and not designated by the debtor as being contingent/disputed/unliquidated or is a claim filed by or on behalf of the creditor, either of which is not objected to by the debtor or other party-in-interest or, if objected to, allowed by the Court (subject to appeal) in some amount.

**Effective Date**: Effective date is the date from which payment dates are computed for each class of creditors and the date at which administrative claim amounts are due to be paid unless other treatment is ordered, agreed upon or provided for in the Plan and not objected to. The effective date is 30 from the entering of the order of confirmation unless the Court extends the time due to litigation which might materially affect implementation of the Plan; see below for further description.

**PROVISO**: Notwithstanding any of the terms and conditions of the Plan, disputed claims shall be paid only upon allowance by the Court. Upon confirmation, the debtor/debtor-in possession will be re-vested with its assets subject only to all outstanding liens which are not avoidable by the debtor/debtor-in-possession under the provisions of Title 11 of the Code, and entitled to manage its affairs without further orders of this Court. However, subject to the debtor/debtor-in-possession being so re-vested with its assets, the Court will retain jurisdiction until the Plan has been fully consummated and closed, for adversaries, objections to claims, collecting accounts receivables, avoidance actions, post-confirmation rights involving creditors or other matters pending post-confirmation, or as otherwise indicated in this Plan or confirmation order. The debtor/debtor-in-possession specifically reserves the right to object to any and all claims, post-confirmation, and all claims are deemed objected to until the Plan is substantially consummated and closed and/or allowed by the Court.

## LIQUIDATION ANALYSIS

If this were a Chapter 7 case, based upon the appraisals established by the Burke County Tax Collector, Farr estimates that the value of the real estate is $1,900,000.00. If this were a Chapter 7 case, all creditors would be paid in full from liquidation of the assets.

## MANAGEMENT AND OWNERSHIP

**OWNERSHIP (STOCKHOLDERS)**: The issued and outstanding common stock is owned by John Aulgur (49 ½%), Jonathan Michael Aulgur (1%) and Laura Aulgur (49 1/2%). All shareholders will retain their ownership interests.

**DIRECTORS**: The directors of the corporation are Laura Aulgur and John Aulgur.

**OFFICERS**: The following individuals are officers:

President: Laura Aulgur
Vice President: None
Secretary: John Aulgur

The Plan contemplates that there will be no changes in the officers, directors and management of Farr.

**REMEDY OF CREDITOR** Remedy of Creditors in event of default: The debtor/debtor-in-possession shall be deemed in default under the terms and provisions of this Plan in the event it fails to carry out any of the terms and provisions imposed upon it by said Plan and said condition is not corrected by it within 45 days after receipt of written notice of default from any creditor owed money hereunder at the time of default. In the event that the debtor/debtor-in-possession shall default under the terms and conditions of this Plan, the creditor hereunder affected by the default may pursue its normal legal non-bankruptcy remedies. Liquidation Proviso:

**DISCHARGE** Pursuant to 11 USC Sections 1141, any and all amounts due by the debtor/debtor-in-possession to its creditors shall be discharged (upon confirmation). The debtor/debtor-in-possession will issue evidence of indebtedness to the creditors reflecting the confirmed Plan and new indebtedness to the allowed claimants. The discharge proposed in this proceeding is identical in its effect on creditors' claims and debts to the discharge provided for in regular bankruptcy cases pursuant to Sections 524 and 727 of the Bankruptcy Code. Additionally, the injunctive provisions provided for in 11 USC Section 524 are incorporated herein and act as an injunction against any acts by creditors to enforce any and all pre-petition debts/claims.

5

This the ____ day of December, 2016

FARR ENTERPRISES, INC.
Debtor/Debtor-in-Possession
By: _s/s Laura Aulgur_____
Laura Aulgur, President


Edward Hay, Attorney for Debtor
N. C. State Bar No. 7149
Pitts, Hay & Hugenschmidt, P.A.
137 Biltmore Avenue
Asheville, North Carolina 28801
Tel: (828) 254-6315
Fax: (828) 255-8085

1:44 PM
12/02/16
Accrual Basis

# Mountain Harbour Marina
## Balance Sheet
### As of September 30, 2016

|  | Sep 30, 16 |
|---|---|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       First Citizens Checking #2 | 47,349.31 |
|       Petty Cash | 1,017.00 |
|     **Total Checking/Savings** | 48,366.31 |
|     **Accounts Receivable** | |
|       Accounts Receivable | 27,087.55 |
|     **Total Accounts Receivable** | 27,087.55 |
|     **Other Current Assets** | |
|       Inventory | 10,011.42 |
|     **Total Other Current Assets** | 10,011.42 |
|   **Total Current Assets** | 85,465.28 |
|   **Fixed Assets** | |
|     Computer Equipment | 2,157.81 |
|     Boat Trailers | 2,599.00 |
|     Boats & Motors | 26,171.47 |
|     Buildings | 318,434.71 |
|     Electric Gate | 18,893.00 |
|     Furniture & Fixtures | 24,005.39 |
|     Land | 158,581.13 |
|     Land Improvements | 104,715.46 |
|     Leasehold Improvements | 1,700.00 |
|     Machinery & Equipment | 35,696.30 |
|     Excess in Value over Cost | 968,287.28 |
|     Accumulated Depreciation | -374,609.79 |
|   **Total Fixed Assets** | 1,286,631.76 |
| **TOTAL ASSETS** | 1,372,097.04 |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Long Term Liabilities** | |
|       Note Payable SBA | 331,377.98 |
|       Note Payable-Scotts' | 294,126.57 |
|       Note Payable-Morganton Federal | 516,731.39 |
|     **Total Long Term Liabilities** | 1,142,235.94 |
|   **Total Liabilities** | 1,142,235.94 |
|   **Equity** | |
|     Capital Contributions | 20,584.32 |
|     Distributions | -3,350.00 |
|     Common Stock | 10,000.00 |
|     Paid In Equity | 126,489.43 |
|     Retained Earnings | -37,344.00 |
|     Net Income | 113,481.35 |
|   **Total Equity** | 229,861.10 |
| **TOTAL LIABILITIES & EQUITY** | 1,372,097.04 |

*Not Reviewed by our Accountant*

Form **1120S**

**U.S. Income Tax Return for an S Corporation**

OMB No. 1545-0123

▶ Do not file this form unless the corporation has filed or is
attaching Form 2553 to elect to be an S corporation.

**2015**

Department of the Treasury
Internal Revenue Service

▶ Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s.

For calendar year 2015 or tax year beginning _____, ending _____

CLIENT COPY

| | | | | |
|---|---|---|---|---|
| **A** S election effective date<br>01/01/02 | TYPE | **Name**<br>Farr Enterprises, Inc.<br>Mountain Harbor Marina | | **D** Employer Identification number |
| **B** Business activity code<br>number (see instructions)<br>453990 | OR | Number, street, and room or suite no. If a P.O. box, see instructions.<br>P O Box 276 | | **E** Date incorporated<br>02/25/1977 |
| **C** Check if Sch. M-3<br>attached ☐ | PRINT | City or town, state or province, country, and ZIP or foreign postal code<br>Nebo          NC 28761 | | **F** Total assets (see instructions)<br>$ 1,329,503 |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No  If "Yes," attach Form 2553 if not already filed

**H** Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ 3

**Caution.** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | **1a** Gross receipts or sales | **1a** 237,647 | | |
| | **b** Returns and allowances | **1b** 44,411 | | |
| | **c** Balance. Subtract line 1b from line 1a | | **1c** | 237,647 |
| | **2** Cost of goods sold (attach Form 1125-A) | | **2** | 44,411 |
| | **3** Gross profit. Subtract line 2 from line 1c | | **3** | 193,236 |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | **4** | 500 |
| | **5** Other income (loss) (see instructions—attach statement)   See Stmt 1 | | **5** | 539 |
| | **6** Total income (loss). Add lines 3 through 5 | | **6** | 194,275 |
| **Deductions (see instructions for limitations)** | **7** Compensation of officers (see instructions—attach Form 1125-E) | | **7** | |
| | **8** Salaries and wages (less employment credits) | | **8** | 7,453 |
| | **9** Repairs and maintenance | | **9** | |
| | **10** Bad debts | | **10** | |
| | **11** Rents | | **11** | |
| | **12** Taxes and licenses | | **12** | 6,392 |
| | **13** Interest | | **13** | 66,836 |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | **14** | 20,752 |
| | **15** Depletion (Do not deduct oil and gas depletion.) | | **15** | |
| | **16** Advertising | | **16** | 544 |
| | **17** Pension, profit-sharing, etc., plans | | **17** | |
| | **18** Employee benefit programs | | **18** | |
| | **19** Other deductions (attach statement)   See Stmt 2 | | **19** | 58,476 |
| | **20** Total deductions. Add lines 7 through 19 | | **20** | 160,453 |
| | **21** Ordinary business income (loss). Subtract line 20 from line 6 | | **21** | 33,822 |
| **Tax and Payments** | **22a** Excess net passive income or LIFO recapture tax (see instructions) | **22a** | | |
| | **b** Tax from Schedule D (Form 1120S) | **22b** | | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) | | **22c** | |
| | **23a** 2015 estimated tax payments and 2014 overpayment credited to 2015 | **23a** | | |
| | **b** Tax deposited with Form 7004 | **23b** | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) | **23c** | | |
| | **d** Add lines 23a through 23c | | **23d** | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | | **24** | |
| | **25** Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | **25** | |
| | **26** Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | **26** | |
| | **27** Enter amount from line 26 Credited to 2016 estimated tax ▶ _____ Refunded ▶ | | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer     Date 12/19/16     Title President

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| | | | | |
|---|---|---|---|---|
| Print/Type preparer's name<br>Thomas A. Ballard | Preparer's signature<br>Thomas A. Ballard | Date<br>02/19/16 | Check ☐ if<br>self-employed | PTIN<br>P00121784 |
| Firm's name ▶ Ballard, Surratt & Co., PA | | | Firm's EIN ▶ 56-2105122 | |
| Firm's address ▶ 50 Salem Street<br>Thomasville, NC          27360-3945 | | | Phone no. 336-472-3434 | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1120S** (2015)

DAA

Form 1120S (2015)    Farr Enterprises, Inc.    Page **3**

## Schedule K    Shareholders' Pro Rata Share Items

| | | | Total amount |
|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) | **1** 33,822 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | **2** |
| | 3a | Other gross rental income (loss) ..... **3a** | |
| | b | Expenses from other rental activities (attach statement) ..... **3b** | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | **3c** |
| | 4 | Interest income | **4** 1 |
| | 5 | Dividends: a Ordinary dividends | **5a** |
| | | b Qualified dividends ..... **5b** | |
| | 6 | Royalties | **6** |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | **7** |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | **8a** |
| | b | Collectibles (28%) gain (loss) ..... **8b** | |
| | c | Unrecaptured section 1250 gain (attach statement) ..... **8c** | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | **9** |
| | 10 | Other income (loss) (see instructions) ..... Type ▶ | **10** |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) | **11** |
| | 12a | Charitable contributions ..... See Stmt | **12a** |
| | b | Investment interest expense | **12b** |
| | c | Section 59(e)(2) expenditures (1) Type ▶ (2) Amount ▶ | **12c(2)** |
| | d | Other deductions (see instructions) ..... Type ▶ | **12d** |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) | **13a** |
| | b | Low-income housing credit (other) | **13b** |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **13c** |
| | d | Other rental real estate credits (see instructions)    Type ▶ | **13d** |
| | e | Other rental credits (see instructions)    Type ▶ | **13e** |
| | f | Biofuel producer credit (attach Form 6478) | **13f** |
| | g | Other credits (see instructions) ..... Type ▶ | **13g** |
| **Foreign Transactions** | 14a | Name of country or U.S. possession ▶ | |
| | b | Gross income from all sources | **14b** |
| | c | Gross income sourced at shareholder level | **14c** |
| | | Foreign gross income sourced at corporate level | |
| | d | Passive category | **14d** |
| | e | General category | **14e** |
| | f | Other (attach statement) | **14f** |
| | | Deductions allocated and apportioned at shareholder level | |
| | g | Interest expense | **14g** |
| | h | Other | **14h** |
| | | Deductions allocated and apportioned at corporate level to foreign source income | |
| | i | Passive category | **14i** |
| | j | General category | **14j** |
| | k | Other (attach statement) | **14k** |
| | | Other information | |
| | l | Total foreign taxes (check one): ▶ ☐ Paid  ☐ Accrued | **14l** |
| | m | Reduction in taxes available for credit (attach statement) | **14m** |
| | n | Other foreign tax information (attach statement) | **14n** -4,039 |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment | **15a** |
| | b | Adjusted gain or loss | **15b** |
| | c | Depletion (other than oil and gas) | **15c** |
| | d | Oil, gas, and geothermal properties – gross income | **15d** |
| | e | Oil, gas, and geothermal properties – deductions | **15e** |
| | f | Other AMT items (attach statement) | **15f** |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income | **16a** |
| | b | Other tax-exempt income | **16b** |
| | c | Nondeductible expenses | **16c** 1,249 |
| | d | Distributions (attach statement if required) (see instructions) | **16d** 3,350 |
| | e | Repayment of loans from shareholders | **16e** |

Form **1120S** (2015)

DAA

Form 1120S (2015)    **Farr Enterprises, Inc.**                                        Page 5

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: The corporation may be required to file Schedule M-3 (see instructions)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 32,574 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | | a | Tax-exempt interest $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14l (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize): | |
| a | Depreciation $ | | a | Depreciation $ | |
| b | Travel and entertainment $     238 | | | | |
| | Stmt 6            1,011 | 1,249 | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | 33,823 | 8 | Income (loss) (Schedule K, line 18). Line 4 less line 7 | 33,823 |

## Schedule M-2 — Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | −69,808 | | |
| 2 | Ordinary income from page 1, line 21 | 33,822 | | |
| 3 | Other additions                Stmt 7 | 1 | | |
| 4 | Loss from page 1, line 21 | ( | ) | |
| 5 | Other reductions               Stmt 8 | ( 1,249 | )( | ) |
| 6 | Combine lines 1 through 5 | −37,234 | | |
| 7 | Distributions other than dividend distributions | 3,350 | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | −40,584 | | |

Form **1120S** (2015)

DAA

671113

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

## Schedule K-1
## (Form 1120S)
Department of the Treasury
Internal Revenue Service

**2015**

For calendar year 2015, or tax

year beginning _____

ending _____

### Shareholder's Share of Income, Deductions, Credits, etc.
▶ See back of form and separate instructions.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number

**B** Corporation's name, address, city, state, and ZIP code

Farr Enterprises, Inc.
Mountain Harbor Marina
P O Box 276
Nebo          NC  28761

**C** IRS Center where corporation filed return
Cincinnati, OH  45999

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code

John F Aulgur
P O Box 276

Nebo          NC  28761

**F** Shareholder's percentage of stock
ownership for tax year ....................   **49.932876** %

For IRS Use Only

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) **16,888** | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 A | Alternative minimum tax (AMT) items **-2,017** |
| 11 | Section 179 deduction | 16 C* | Items affecting shareholder basis **STMT** |
| 12 | Other deductions | D | **1,673** |
| | | 17 | Other information |

* See attached statement for additional information.

DAA

671113

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2015**

For calendar year 2015, or tax
year beginning _____
ending _____

**Part III    Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 13 | Credits |
| | 45 | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A | −5 |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | C* | STMT |
| 12 | Other deductions | D | 4 |
| | | 17 | Other information |

## Shareholder's Share of Income, Deductions, Credits, etc.

▶ See back of form and separate instructions.

**Part I    Information About the Corporation**

**A** Corporation's employer identification number

**B** Corporation's name, address, city, state, and ZIP code

Farr Enterprises, Inc.
Mountain Harbor Marina
P O Box 276
Nebo                NC    28761

**C** IRS Center where corporation filed return
Cincinnati, OH  45999

**Part II    Information About the Shareholder**

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code

Jonathan M Aulgur
110 Joy Lane

Fishersville        VA    22939

**F** Shareholder's percentage of stock
ownership for tax year ..............    0.134248 %

For IRS Use Only

* See attached statement for additional information.

Form **4797**

Department of the Treasury
Internal Revenue Service

## Sales of Business Property
**(Also Involuntary Conversions and Recapture Amounts
Under Sections 179 and 280F(b)(2))**
▶ Attach to your tax return.
▶ Information about Form 4797 and its separate instructions is at www.irs.gov/form4797.

OMB No. 1545-0184

**2015**

Attachment
Sequence No. **27**

Name(s) shown on return

Farr Enterprises, Inc.

Identifying number

| 1 | Enter the gross proceeds from sales or exchanges reported to you for 2015 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions) | 1 | |

**Part I**  Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft—Most Property Held More Than 1 Year (see instructions)

| 2 (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| 3 | Gain, if any, from Form 4684, line 39 | 3 | |
| 4 | Section 1231 gain from installment sales from Form 6252, line 26 or 37 | 4 | |
| 5 | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | 5 | |
| 6 | Gain, if any, from line 32, from other than casualty or theft | 6 | |
| 7 | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: | 7 | 0 |

**Partnerships (except electing large partnerships) and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.
**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| 8 | Nonrecaptured net section 1231 losses from prior years (see instructions) | 8 | |
| 9 | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return (see instructions) | 9 | |

**Part II**  Ordinary Gains and Losses (see instructions)

| 10 | Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less): |
|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| 11 | Loss, if any, from line 7 | 11 | ( ) |
| 12 | Gain, if any, from line 7 or amount from line 8, if applicable | 12 | |
| 13 | Gain, if any, from line 31 | 13 | 500 |
| 14 | Net gain or (loss) from Form 4684, lines 31 and 38a | 14 | |
| 15 | Ordinary gain from installment sales from Form 6252, line 25 or 36 | 15 | |
| 16 | Ordinary gain or (loss) from like-kind exchanges from Form 8824 | 16 | |
| 17 | Combine lines 10 through 16 | 17 | 500 |

| 18 | For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below: | | |
| a | If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 28, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 23. Identify as from "Form 4797, line 18a." See instructions | 18a | |
| b | Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Form 1040, line 14 | 18b | |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **4797** (2015)

DAA

# Federal Statements

## Statement 1 - Form 1120S, Page 1, Line 5 - Other Income (Loss)

| Description | Amount |
|---|---|
| Miscellaneous Income | $ 539 |
| Total | $ 539 |

## Statement 2 - Form 1120S, Page 1, Line 19 - Other Deductions

| Description | Amount |
|---|---|
| Bank Service Charge | $ 6 |
| Customer Appreciation | 1,167 |
| Customer Lounge | 607 |
| Dues & Subscriptions | 489 |
| Employee Welfare | 500 |
| Insurance | 9,963 |
| Internet and Web fees | 103 |
| Lawn Maintenance | 3,828 |
| Legal and Professional | 4,454 |
| Licenses & Permits | 39 |
| Merchant Fees | 1,267 |
| Mileage Reimbursements | 7,623 |
| Miscellaneous | 1,269 |
| Moving expenses | 1,335 |
| Office Expense | 509 |
| Outside Services | 6,910 |
| Postage | 267 |
| Telephone | 2,729 |
| User fees | 7,382 |
| Utilities | 7,153 |
| Waste Disposal | 637 |
| 50% of Meals & Entertainment | 239 |
| Total | $ 58,476 |

## Statement 3 - Form 1120S, Page 4, Schedule L, Line 14 - Other Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| Excess Land Value over Cost | $ 968,287 | $ 968,287 |
| Total | $ 968,287 | $ 968,287 |

## Statement 4 - Form 1120S, Page 4, Schedule L, Line 18 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| Payroll Taxes Payable | $ 126 | $ |
| Sales Taxes Payable | | |
| Total | $ 126 | $ 0 |

# Federal Statements

## John F Aulgur

### Schedule K-1, Box 16, Code C - Nondeductible Expenses

| Description | Shareholder Amount |
|---|---|
| Officer Life Premiums | $ 505 |
| Page 1 Meals/Entertainment | 119 |
| Total | $ 624 |

# Federal Statements

## Jonathan M Aulgur

### Schedule K-1, Box 16, Code C - Nondeductible Expenses

| Description | Shareholder Amount |
|---|---|
| Officer Life Premiums | $           1 |
| Page 1 Meals/Entertainment |             1 |
| Total | $           2 |

Year Ending December 31, 2015



Farr Enterprises, Inc.
P O Box 276
Nebo, NC  28761

## Electing out of the Bonus Depreciation Allowance for
## All Eligible Depreciable Property

The taxpayer elects out of the first-year bonus depreciation allowance under IRC Section 168(k)
for all eligible asset classes of depreciable property acquired after December 31, 2007. This
election applies to all eligible depreciable property placed in service during the tax year.

CD-479 (42)
10-22-13

# Business Corporation Annual Report

Name of Business Corporation:   **FARR ENTERPRISES, INC.**

Secretary of State ID: ▓▓▓▓▓▓▓▓▓▓    State of Formation: **NC**    Fiscal Year Ending: **12 31 15**

☐ I hereby certify that an annual report completed in its entirety has been submitted and the information requested below (required by NCGS 55-16-22) has not changed and is therefore complete.

## Section A: Registered Agent's Information

1. Name of Registered Agent:   **LAURA M AULGUR**

2. Signature of the New Registered Agent:
   *(Signature constitutes consent to the appointment)*

3. Registered Office Street Address & County          4. Registered Office Mailing Address

   **9066 NC HWY 126**                                  **9066 NC HWY 126**
   **BURKE    NEBO    NC 28761**                         **NEBO                NC 28761**

## Section B: Principal Office Information

1. Description of Nature of Business:   **MARINA**

2. Principal Office Phone Number:  **828-584-0666**  3. Principal Office Email:  **JAULGUR@BELLSOUTH.NE**

4. Principal Office Street Address & County          5. Principal Office Mailing Address

   **9066 NC HWY 126**                                  **9066 NC HWY 126**
   **BURKE    NEBO    NC 28761**                         **NEBO                NC 28761**

## Section C: Officers (Enter additional Officers in Section E.)

Name: **JOHN F AULGUR**        Name: **LAURA M AULGUR**        Name:

Title: **SECRETARY**           Title: **PRESIDENT**            Title:

Address: **P O BOX 276**       Address: **P O BOX 276**        Address:
**NEBO**                       **NEBO**
**NC 28761**                   **NC 28761**

## Section D: Certification of Annual Report Section D must be completed in its entirety and signed by a person listed under Section C, or a person signing for an entity listed under Section C.

_____          _____
Signature (Form must be signed by an officer of corporation)                    Date

**LAURA AULGUR**                                  **PRESIDENT/TREASURER**
_____          _____
Print or Type Name of Officer                                                   Title

**CD-401S 2015 Page 2 (42)**

| Legal Name (First 10 Characters) | FARR ENTER | Federal Employer ID Number | ▓▓▓▓▓ |
|---|---|---|---|

## CD-401S Line-by-Line Information

### Sch. B    Computation of Corporate Income Tax

| | | |
|---|---|---|
| 19. | Amount of Line 18 Attributable to Nonresidents | |
| | Filing Composite | 0 |
| 20. | Separately Stated Items of Income Attributable | |
| | to Nonresidents Filing Composite | 0 |
| 21. | N.C. Income Tax | 0 |
| 22. | Annual Report Fee ($25.00) | 25 |
| 23. | Add Lines 21 and 22 | 25 |
| 24. | Payments and Credits | |
| | a. Income Tax Extension | 0 |
| | b. Other Prepayments of Tax | 0 |
| | c. Partnership (Include Form D-403, NC K-1) | 0 |
| | d. Nonresident Wholding (Include 1099/W-2) | 0 |
| | e. Tax Credits | 0 |
| 25. | Add Lines 24a through 24e | 0 |
| 26. | Income Tax Due | 25 |
| 27. | Income Tax Overpaid | 0 |

### Tax Due or Refund

| | | |
|---|---|---|
| 28. | Franchise Tax Due or Overpayment | 581 |
| 29. | Income Tax Due or Overpayment | 25 |
| 30. | Balance of Tax Due or Overpayment | 606 |
| 31. | a. Interest | 0 |
| | b. Penalties | |
| | c. Add Lines 31a and 31b | 0 |
| 32. | Total Due | 606 |
| 33. | Amount to be Refunded | 0 |

### Sch. C    Capital Stock, Surplus, and Undivided Profits

| | | |
|---|---|---|
| 1. | Total capital stock outstanding less cost | |
| | of treasury stock | 10000 |
| 2. | Paid-in or capital surplus | −87946 |
| 3. | Retained earnings | 194435 |
| 4. | Other surplus | 0 |
| 5. | Deferred or unearned income | 0 |
| 6. | Allowance for bad debts | 0 |
| 7. | LIFO reserves | 0 |
| 8. | Other reserves that do not represent definite | |
| | and accrued legal liabilities (Attach schedule) | 0 |
| 9. | Add Lines 1 through 8 | 116489 |
| 10. | Affiliated indebtedness (Attach schedule) | 0 |
| 11. | Line 9 plus (or minus) Line 10 | 116489 |
| 12. | Apportionment factor | 100.0000% |
| 13. | Capital Stock, Surplus, and Undivided Profits | 116489 |

### Sch. D    Investment in N.C. Tangible Property

| | | |
|---|---|---|
| | Inventory valuation method | LCM |
| 1. | Total inventories located in N.C. | 10011 |
| 2. | Total furniture, fixtures, and M & E located in N.C. | 109523 |
| 3. | Total land and buildings located in N.C. | 477016 |
| 4. | Total leasehold improvements and | |
| | other N.C. tangible property | 104715 |
| 5. | Add Lines 1 through 4 | 701265 |

| | | |
|---|---|---|
| 6. | Acc. depreciation, depletion, and amortization | |
| | with respect to N.C. tangible property | 374610 |
| 7. | Debts existing for N.C. real estate | 172556 |
| 8. | Investment in N.C. Tangible Property | 154099 |

### Sch. E    Appraised Value of N.C. Tangible Property

| | | |
|---|---|---|
| 1. | County tax value of N.C. tangible property | 703639 |
| 2. | Appraised value of N.C. tangible property | 387001 |

### Sch. F    Other Information - All Taxpayers Must Complete Schedule

| | | |
|---|---|---|
| 1. | a. State of Incorporation | NC |
| | b. Date incorporated | 02 25 77 |
| 2. | Date of N.C. Certificate of Authority | 02 25 77 |
| 3. | Trade or business:  a.  In N.C. | RETAIL |
| | b.  Everywhere | RETAIL |
| 4. | Principal place of business | NEBO   NC |
| 5. | a. What was the last year the IRS redetermined | |
| | the corporation's federal taxable income? | |
| | b. Were adjustments reported to N.C.? | |
| | c. If so, when? | |
| 6. | Is corporation subject to franchise tax but not N.C. income tax because its' | |
| | income tax activities are protected? (If yes, attach explanation) | N |

### Sch. G    Ordinary Income (Loss) from Trade or Business Activities

| | | | |
|---|---|---|---|
| 1. | a. Gross receipts or sales | | 237647 |
| | b. Returns and allowances | | 0 |
| | c. Balance - Line 1a minus Line 1b | | 237647 |
| 2. | Cost of goods sold (Attach schedule) | STMT 1 | 44411 |
| 3. | Gross Profit (Line 1c minus Line 2) | | 193236 |
| 4. | Net gain (loss) (Attach schedule) | SEE ATT | 500 |
| 5. | Other income (loss) (Attach schedule) | STMT 2 | 539 |
| 6. | Total Income (Loss) | | 194275 |
| 7. | Compensation of officers (Attach schedule) | STMT 3 | 0 |
| 8. | Salaries and wages (less employment credits) | | 0 |
| 9. | Repairs and maintenance | | 7453 |
| 10. | Bad debts | | 0 |
| 11. | Rents | | 0 |
| 12. | Taxes and licenses | STMT 4 | 6392 |
| 13. | Interest | | 66836 |
| 14. | a. Depreciation | | 20752 |
| | b. Depreciation included in cost of goods sold | | 0 |
| | c. Balance - Line 14a minus 14b | | 20752 |
| 15. | Depletion | | 0 |
| 16. | Advertising | | 544 |
| 17. | Pension, profit-sharing, and similar plans | | 0 |
| 18. | Employee benefit programs | | 0 |
| 19. | Other deductions (Attach schedule) | STMT 5 | 58476 |
| 20. | Total Deductions | | 160453 |
| 21. | Ordinary Business Income (Loss) | | 33822 |

### Sch. H    Computation of Income (Loss)

| | | |
|---|---|---|
| 1. | Ordinary business income (loss) | 33822 |
| 2. | Net rental real estate income (loss) | 0 |

**This page must be filed with the first page of Form CD-401S.**

**CD-401S 2015 Page 4 (42)**

| Legal Name (First 10 Characters) | FARR ENTER | Federal Employer ID Number | ▓▓▓▓▓▓▓ |
|---|---|---|---|

## Sch. L   Balance Sheet per Books

| | | Beginning of Tax Year | | End of Tax Year | |
|---|---|---|---|---|---|
| **Assets** | | (a) | (b) | (c) | (d) |
| 1. Cash | | | 5506 | | 21630 |
| 2. a. Trade notes and accounts receivable | | 16100 | | 12931 | |
| b. Less allowance for bad debts | ( | 0 ) | 16100 | ( 0 ) | 12931 |
| 3. Inventories | | | 16263 | | 10011 |
| 4. a. U.S. government obligations | | | 0 | | 0 |
| b. State and other obligations | | | 0 | | 0 |
| 5. Tax-exempt securities | | | 0 | | 0 |
| 6. Other current assets (Attach schedule) | | | 0 | | 0 |
| 7. Loans to shareholders | | | 0 | | 0 |
| 8. Mortgage and real estate loans | | | 0 | | 0 |
| 9. Other investments (Attach schedule) | | | 0 | | 0 |
| 10. a. Buildings and other depreciable assets | | 532410 | | 532673 | |
| b. Less accumulated depreciation | ( | 354855 ) | 177555 | ( 374610 ) | 158063 |
| 11. a. Depletable assets | | 0 | | 0 | |
| b. Less accumulated depletion | ( | 0 ) | 0 | ( 0 ) | 0 |
| 12. Land (net of any amortization) | | | 158581 | | 158581 |
| 13. a. Intangible assets (amortizable only) | | 0 | | 0 | |
| b. Less accumulated amortization | ( | 0 ) | 0 | ( 0 ) | 0 |
| 14. Other assets (Attach schedule) | STMT 6 | | 968287 | | 968287 |
| 15. Total Assets | | | 1342292 | | 1329503 |
| **Liabilities and Shareholders' Equity** | | | | | |
| 16. Accounts payable | | | 500 | | 787 |
| 17. Mortgages, notes, and bonds payable in less than 1 year | | | 60394 | | 62600 |
| 18. Other current liabilities (Attach schedule) | STMT 7 | | 126 | | 0 |
| 19. Loans from shareholders | | | 0 | | 0 |
| 20. Mortgages, notes, and bonds payable in 1 year or more | | | 1205637 | | 1149627 |
| 21. Other liabilities (Attach schedule) | | | 0 | | 0 |
| 22. Capital stocks | | | 10000 | | 10000 |
| 23. Additional paid-in capital | | | 135443 | | 147073 |
| 24. Retained earnings | | | 165211 | | 194435 |
| 25. Adjustments to shareholders' equity (Attach schedule) | STMT 8 | | −235019 | | −235019 |
| 26. Less cost of treasury stock | | ( | 0 ) | ( | 0 ) |
| 27. Total Liabilities and Shareholders' Equity | | | 1342292 | | 1329503 |

## Sch. M-1   Federal Schedule

| | | | |
|---|---|---|---|
| 1. Net income (loss) per books | 32574 | 5. Income recorded on books this year not included on | |
| 2. Income included on Federal Sch. K, Lines 1, 2, 3c, 4, 5a, | | Federal Sch. K, Lines 1 through 10 (itemize): | |
| 6, 7, 8a, 9 and 10 not recorded on books this year (itemize): | | Tax-exempt interest | 0 |
| | 0 | | 0 |
| | | 6. Deductions included on Federal Sch. K, Lines 1 through | |
| 3. Expenses recorded on books this year not included on | | 12, 14l not charged against book income | |
| Federal Sch. K, Lines 1 through 12, and 14l (itemize): | | this year (itemize): | |
| a. Depreciation | 0 | Depreciation | 0 |
| b. Travel and entertainment | 238 | | 0 |
| STMT 9   1011 | 1249 | 7. Add Lines 5 and 6 | 0 |
| 4. Add Lines 1 through 3 | 33823 | 8. Income or Loss (Fed. Sch. K, Line 18) | 33823 |

**This page must be filed with the first page of Form CD-401S.**

Legal Name  FARR ENTER                    Federal Employer ID Number

Sch. K  Shareholders' Shares of Income, Adjustments, and Tax Credits (Continued)

| | | Shareholder 3 | Shareholder | Shareholder | Shareholder |
|---|---|---|---|---|---|
| 1. | Identifying Number | | | | |
| 2. | Name | JONATHAN M AULGU | | | |
| 3. | a. Address | 110 JOY LANE<br>FISHERSVILLE VA | | | |
| | b. Is shareholder a nonresident | [X] Yes [ ] No | [ ] Yes [ ] No | [ ] Yes [ ] No | [ ] Yes [ ] No |
| 4. | Ownership % | 0.1342% | % | % | % |
| 5. | Share of income (loss) | 45 | 0 | 0 | 0 |
| 6. | Additions to income (loss) | 0 | 0 | 0 | 0 |
| 7. | Deductions from income (loss) | 0 | 0 | 0 | 0 |
| 8. | Income subject to N.C. tax | 45 | 0 | 0 | 0 |
| 9. | Share of tax credits | 0 | 0 | 0 | 0 |
| 10. | Tax withheld from nonwage comp | 0 | 0 | 0 | 0 |
| 11. | Amount of Line 8 apportioned or allocated to N.C. (nonresidents only) | 45 | 0 | 0 | 0 |
| 12. | Separately stated items of income (nonresidents only) | 0 | 0 | 0 | 0 |
| 13. | Net tax paid for shareholder by corporation (nonresidents only) | 0 | 0 | 0 | 0 |
| 14. | Is the corporation filing a Nonresident Shareholder Agreement, Form NC-NA, for this shareholder with this return? | [ ] Yes [X] No | [ ] Yes [ ] No | [ ] Yes [ ] No | [ ] Yes [ ] No |
| 15. | Has the corporation filed a Nonresident Shareholder Agreement, Form NC-NA, for this shareholder in a previous tax year? | [X] Yes [ ] No | [ ] Yes [ ] No | [ ] Yes [ ] No | [ ] Yes [ ] No |
| | If yes, what tax year? | | | | |

| | | Shareholder | Shareholder | Shareholder | Shareholder |
|---|---|---|---|---|---|
| 1. | Identifying Number | | | | |
| 2. | Name | | | | |
| 3. | a. Address | | | | |
| | b. Is shareholder a nonresident | [ ] Yes [ ] No | [ ] Yes [ ] No | [ ] Yes [ ] No | [ ] Yes [ ] No |
| 4. | Ownership % | % | % | % | % |
| 5. | Share of income (loss) | 0 | 0 | 0 | 0 |
| 6. | Additions to income (loss) | 0 | 0 | 0 | 0 |
| 7. | Deductions from income (loss) | 0 | 0 | 0 | 0 |
| 8. | Income subject to N.C. tax | 0 | 0 | 0 | 0 |
| 9. | Share of tax credits | 0 | 0 | 0 | 0 |
| 10. | Tax withheld from nonwage comp | 0 | 0 | 0 | 0 |
| 11. | Amount of Line 8 apportioned or allocated to N.C. (nonresidents only) | 0 | 0 | 0 | 0 |
| 12. | Separately stated items of income (nonresidents only) | 0 | 0 | 0 | 0 |
| 13. | Net tax paid for shareholder by corporation (nonresidents only) | 0 | 0 | 0 | 0 |
| 14. | Is the corporation filing a Nonresident Shareholder Agreement, Form NC-NA, for this shareholder with this return? | [ ] Yes [ ] No | [ ] Yes [ ] No | [ ] Yes [ ] No | [ ] Yes [ ] No |
| 15. | Has the corporation filed a Nonresident Shareholder Agreement, Form NC-NA, for this shareholder in a previous tax year? | [ ] Yes [ ] No | [ ] Yes [ ] No | [ ] Yes [ ] No | [ ] Yes [ ] No |
| | If yes, what tax year? | | | | |

**NC K-1** (42)
**(CD-401S)**

11-4-15

# Shareholder's Share of
## N.C. Income, Adjustments, and Credits
### North Carolina Department of Revenue

For calendar year    **2015**    or other year starting    **15**    and ending

| Part. 1 Information about the Corporation | Part. 2 Information about the Shareholder |
|---|---|
| A. Corporation's Employer Identification Number | A. Shareholder's Identifying Number |
| B. Corporation's Name, Address, and Zip Code<br><br>FARR ENTERPRISES, INC.<br>MOUNTAIN HARBOR MARINA<br>P O BOX 276<br><br>NEBO          NC 28761 | B. Shareholder's Name, Address, and Zip Code<br><br>LAURA M AULGUR<br>P O BOX 276<br><br>NEBO          NC 28761<br><br>C. Shareholder's percentage of stock ownership for tax year<br>49.9329 % |

| Part 3. Shareholder's Pro Rata Share Items | Amount | Individuals Filing Form D-400 Enter Amount on: |
|---|---|---|
| **All Shareholders** | | |
| 1. Share of corporation income (loss) | 16889 | This amount should already be included in federal taxable income |
| 2. Additions to income (loss) | 0 | D-400, Schedule S; Line 4 |
| 3. Deductions from income (loss) | 0 | D-400, Schedule S; Line 12 |
| 4. Share of tax credits | 0 | D-400TC; see D-400 Instructions |
| 5. Share of tax withheld from nonwage compensation paid for personal services performed in N.C. | 0 | D-400; Line 20 |
| **Nonresidents Only** | | |
| 6. Nonresident's share of N.C. taxable income (loss) | 0 | See D-400 Instructions |
| 7. Nonresident's share of separately stated items of income | 0 | This amount should already be included in federal taxable income |
| 8. Nonresident's share of net tax paid by the S Corporation | 0 | D-400; Line 21d |

Attach additional NC K-1s if needed.

# North Carolina Statements

### Statement 1 - Form CD-401S, Page 2, Schedule G, Line 2 - Cost of Goods Sold

| Description | Amount |
|---|---|
| Beginning Inventory | $ 16,263 |
| Purchases | 38,159 |
| Less: Ending Inventory | -10,011 |
| Total | $ 44,411 |

### Statement 2 - Form CD-401S, Page 2, Schedule G, Line 5 - Other Income (Loss)

| Description | Amount |
|---|---|
| Miscellaneous Income | $ 539 |
| Total | $ 539 |

### Statement 3 - Form CD-401S, Page 2, Schedule G, Line 7 - Compensation of Officers

| Officer Name | Compensation |
|---|---|
| John F Aulgur | $ |
| Laura M Aulgur | |
| Total | $ 0 |

### Statement 4 - Form CD-401S, Page 2, Schedule G, Line 12 - Taxes and Licenses

| Description | Amount |
|---|---|
| Franchise | $ 616 |
| Local Property Taxes | 5,434 |
| Sales | 342 |
| Total | $ 6,392 |

# North Carolina Statements

### Statement 9 - Form CD-401S, Page 4, Schedule M-1, Line 3b - Expenses Recorded on Books, Not Return

| Description | Amount |
|---|---|
| Officer Life Ins Premiums | $ 1,011 |
| Total | $ 1,011 |

### Statement 10 - Form CD-401S, Page 5, Schedule M-2, Line 3 - NC AAA Other Additions

| Description | Amount |
|---|---|
| Interest Income | $ 1 |
| Total | $ 1 |

### Statement 11 - Form CD-401S, Page 5, Schedule M-2, Line 5 - NC AAA Other Reductions

| Description | Amount |
|---|---|
| Officer Life Ins Premiums | $ 1,011 |
| Meals & Entertainment | 238 |
| Total | $ 1,249 |

Form **4797**

### Sales of Business Property
**(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))**

▶ Attach to your tax return.

▶ Information about Form 4797 and its separate instructions is at www.irs.gov/form4797.

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0184

**2015**

Attachment Sequence No. **27**

Name(s) shown on return

**Farr Enterprises, Inc.**

Identifying number

**1** Enter the gross proceeds from sales or exchanges reported to you for 2015 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions) .................... | **1** |

### Part I  Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft—Most Property Held More Than 1 Year (see instructions)

| 2 (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| **3** Gain, if any, from Form 4684, line 39 | **3** | |
| **4** Section 1231 gain from installment sales from Form 6252, line 26 or 37 | **4** | |
| **5** Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | **5** | |
| **6** Gain, if any, from line 32, from other than casualty or theft | **6** | |
| **7** Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: | **7** | 0 |

**Partnerships (except electing large partnerships) and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | |
|---|---|---|
| **8** Nonrecaptured net section 1231 losses from prior years (see instructions) | **8** | |
| **9** Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return (see instructions) | **9** | |

### Part II  Ordinary Gains and Losses (see instructions)

**10** Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| **11** Loss, if any, from line 7 | **11** ( ) |
| **12** Gain, if any, from line 7 or amount from line 8, if applicable | **12** | |
| **13** Gain, if any, from line 31 | **13** | 500 |
| **14** Net gain or (loss) from Form 4684, lines 31 and 38a | **14** | |
| **15** Ordinary gain from installment sales from Form 6252, line 25 or 36 | **15** | |
| **16** Ordinary gain or (loss) from like-kind exchanges from Form 8824 | **16** | |
| **17** Combine lines 10 through 16 | **17** | 500 |

**18** For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below:

**a** If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 28, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 23. Identify as from "Form 4797, line 18a." See instructions .................. | **18a** |

**b** Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Form 1040, line 14 | **18b** |

For Paperwork Reduction Act Notice, see separate instructions.

Form **4797** (2015)

DAA

*Not Reviewed*

1:42 PM

12/18/16

Accrual Basis

# Mountain Harbour Marina
## Profit & Loss
### January through September 2016

|  | Jan - Sep 16 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| sales tax | 313.06 |
| P. Food | 574.89 |
| sports equipment | 560.72 |
| misc income | 315.11 |
| Bait Sales | 389.04 |
| Food Sales | 874.32 |
| Gas Sales | 55,661.79 |
| Labor | 81.50 |
| Misc Sales | 1,259.28 |
| Oil Sales | 630.03 |
| Rental Income | 160,536.06 |
| Store Sales | 11,514.78 |
| Tackle Sales | 80.36 |
| **Total Income** | 232,790.94 |
| **Cost of Goods Sold** | |
| Bait | 531.75 |
| Batteries | 656.90 |
| Gas | 24,670.64 |
| Oil | 123.50 |
| Store Items | |
| Food | 1,394.31 |
| Store Items - Other | 1,558.42 |
| **Total Store Items** | 2,952.73 |
| **Total COGS** | 28,935.52 |
| **Gross Profit** | 203,855.42 |
| **Expense** | |
| Customer Lounge | 1,093.66 |
| employee gifts | 216.76 |
| Waste Disposal | 557.40 |
| Lawn | 5,209.00 |
| Merchant Fees | 626.24 |
| Internet | 48.04 |
| User Fees | 7,662.74 |
| Web Page | 121.28 |
| Equipment | 250.00 |
| Advertising | 475.00 |
| Bank Service Charges | 34.00 |
| Donation | 49.70 |
| Dues and Subscriptions | 209.67 |
| e Food | 3,785.89 |
| Insurance | 3,300.00 |
| Insurance -Property | 8,879.22 |
| Licenses and Permits | 33.00 |
| Maintenance | 18,708.24 |
| Mileage Expense | 6,727.78 |
| Miscellaneous | 1,753.41 |
| Office Supplies | 1,018.48 |
| Outside Labor | 4,280.00 |
| Postage and Delivery | 239.73 |
| Professional Fees | |
| Accounting | 2,350.00 |
| Legal Fees | 16,717.00 |
| **Total Professional Fees** | 19,067.00 |

1:42 PM

12/18/16

Accrual Basis

# Mountain Harbour Marina
# Profit & Loss
## January through September 2016

|  | Jan - Sep 16 |
|---|---|
| **Repairs** | |
| **Building Repairs** | 900.00 |
| **Equipment Repairs** | 410.00 |
| **Total Repairs** | 1,310.00 |
| **Repairs Dock** | 6,156.40 |
| **Taxes** | |
| **Property** | 5,346.87 |
| **sales** | 906.49 |
| **Total Taxes** | 6,253.36 |
| **Telephone** | 2,031.32 |
| **Travel & Ent** | |
| **Meals** | 282.53 |
| **Total Travel & Ent** | 282.53 |
| **Utilities** | |
| **Gas and Electric** | 4,767.80 |
| **Utilities - Other** | 1,128.40 |
| **Total Utilities** | 5,896.20 |
| **Total Expense** | 106,276.05 |
| **Net Ordinary Income** | 97,579.37 |
| **Other Income/Expense** | |
| **Other Income** | |
| **Interest Income** | 1.98 |
| **Other Income** | 15,900.00 |
| **Total Other Income** | 15,901.98 |
| **Other Expense** | |
| **Other Expenses** | 0.00 |
| **Total Other Expense** | 0.00 |
| **Net Other Income** | 15,901.98 |
| **Net Income** | 113,481.35 |