**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

Case No. 16–40291
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
   Farr Enterprises, Inc.
      dba Mountain Harbour Marina
   P. O. Box 276
   Nebo, NC 28761
   Social Security No.:
   Debtor EIN:
   56–1147313

# ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT

To the debtor, creditors, and other parties in interest:

A disclosure statement and plan under Chapter 11 of the Bankruptcy Code was filed on 12/22/2016.

## IT IS ORDERED AND NOTICE IS GIVEN THAT:

1. The hearing to consider approval of the disclosure statement will be held on February 7, 2017 at 09:30 AM , Charles R. Jonas Federal Building, 401 West Trade Street, Courtroom 1–4, Charlotte, NC 28202.
2. The last date to file and serve written objections to the disclosure statement pursuant to Rule 3017(a) is fixed as January 31, 2017.
3. By January 8, 2017, the plan proponent shall transmit a copy of the disclosure statement and plan to the debtor, trustee, each committee appointed pursuant to Section 1102 of the Code, the Securities and Exchange Commission, and any party in interest who has requested or requests in writing a copy of the disclosure statement and plan.
4. Within(7) days of entry date of this order, the plan proponent shall serve this order on all parties in interest.
5. Requests for copies of the disclosure statement and plan should be directed to:

   Edward C. Hay Jr.
   PITTS, HAY & HUGENSCHMIDT, P.A.
   137 Biltmore Avenue
   Asheville, NC 28801

Dated: December 27, 2016                                   BY THE COURT


                                                           J. Craig Whitley
                                                           United States Bankruptcy Judge


Electronically filed and signed (12/27/16)