**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

Case No. 16–40291
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
  Farr Enterprises, Inc.
     dba Mountain Harbour Marina
  P. O. Box 276
  Nebo, NC 28761
  Social Security No.:
  Debtor EIN:
  56–1147313

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Use Cash Collateral filed in the above referenced case on 01/24/2017 as document # 45 is defective for the reason(s) marked below:

> The document was not docketed using the correct event.This document does not need to be re–docketed, but in the future please use the correct event, which is located:
> Bankruptcy>Motions>Use Cash Collateral.

Dated: January 25, 2017                                                                 Steven T. Salata
                                                                                        Clerk of Court

Electronically filed and signed (1/25/17)