

FILED & JUDGMENT ENTERED
Steven T. Salata

January 30 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### SHELBY DIVISION

| In re:<br>FARR ENTERPRISES, INC.,<br>Debtor(s). | Case No. 16-40291<br>Chapter 11 |
|---|---|
| **ORDER BY CONSENT GRANTING AUTHORITY TO CONDUCT RULE 2004 EXAMINATION OF THE DEBTOR AND ITS PRINCIPALS** | |

THIS CAUSE comes before the Court upon the consent of the undersigned, through counsel, for the entry of an Order granting authority to Morganton Savings Bank (the "Bank") and Reid and Patsy Scott (the "Scotts") to request documents from and conduct the examination of the Debtor, Farr Enterprises, Inc., and its principals, John Aulgur and Laura Aulgur, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure.

By and with the consent of the parties, it is hereby ORDERED that Bank and Scott shall be and hereby are authorized to request documents from and conduct the examination of the Debtor, Farr Enterprises, Inc., and its principals, John Aulgur and Laura Aulgur, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure.  Specifically,

(i) the Debtor and its principals shall produce those documents set forth in Exhibit "A" attached to the Motion [Docket # 47] within fifteen (15) days of the entry of this Order, except that those items marked "Subject to Objection" may be withheld by the Debtor and its principals pending further order of this Court;

225481.1

    (ii)    the Debtor and its principals shall submit to deposition by Bank and Scotts at a mutually agreeable time and place to occur within forty-five (45) days of entry of this Order;

    (iii)    the Debtor and its principals shall cooperate with Bank and Scotts for personal inspection and appraisal of the Mortgaged Property.

It is further ORDERED that the Court will hold a hearing to determine whether the Debtor and/or its principals shall be required to produce those items marked "Subject to Objection" on February 24, 2017 at 10:30 a.m. in the United States Bankruptcy Court, Cleveland County Courthouse, Shelby, North Carolina. Counsel for the Scotts shall notice such hearing within five (5) business days of entry of this Order.

SO ORDERED.

*This Order has been signed electronically.*
*The Judge's signature and Court's seal*　　　　　　　United States Bankruptcy Court
*appear at the top of the Order.*

WE CONSENT:

| | |
|---|---|
| YOUNG, MORPHIS, BACH & TAYLOR, LLP | PITTS, HAY & HUGENSCHMIDT, P.A. |
| /s/ Jimmy R. Summerlin, Jr. | /s/ Edward C. Hay, Jr. |
| Jimmy R. Summerlin, Jr. | Edward C. Hay, Jr. |
| N.C. State Bar No. 31819 | N. C. State Bar No. 7149 |
| P.O. Drawer 2428 | 137 Biltmore Avenue |
| Hickory, NC 28603 | Asheville, NC 28801 |
| Telephone: 828-322-4663 | Telephone: 828-254-6315 |
| Attorney for Reid & Patsy Scott | Attorney for the Debtor |

and

WILLCOX LAW FIRM, PLLC

/s/ Roderick H. Willcox, Jr.
Roderick H. Willcox, Jr.
N.C. State Bar No. 25033
216 N. Sterling Street, Suite A
Morganton, NC 28655
Telephone: 828-433-1333
Attorney for Morganton Savings Bank

225481.1