FILED & JUDGMENT ENTERED
Steven T. Salata

February 27 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# SHELBY DIVISION

| In re:<br>**FARR ENTERPRISES, INC.,**<br><br>         **Debtor(s).** | Case No. 16-40291<br>Chapter 11 |
|---|---|
| **SECOND INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO SECTIONS 361 AND 363 OF THE BANKRUPTCY CODE AND SCHEDULING HEARING** ||

**THIS CAUSE** comes before the Court upon the Motion of Reid and Patsy Scott (the "Scotts") to enjoin the use of cash collateral and for adequate protection (the "Scott Motion") [Docket # 38] and upon Debtor's Response thereto and Motion, in the alternative, for use of cash collateral (the "Debtor Response") [Docket #s 41, 44, 45]. No other responses or objections having been filed with the Court, by and with the consent of the parties, it is hereby **ORDERED** that:

  1.  Except as modified herein, the terms of the First Interim Order [Docket # 49] are incorporated herein by reference as a further order of this Court.

  2.  The Debtor shall be further authorized to use the Cash Collateral during the period beginning February 24, 2017, and continuing through 11:59 p.m. on March 17, 2017, in accordance with the terms of the First Interim Order.

  3.  As adequate protection for the Scott's interest in the Debtor's continued use of the Cash Collateral, the Debtor shall make an additional adequate protection payment to the Scotts in

the amount of $3,000.00 on or before March 3, 2017, which shall constitute additional adequate protection payment for the period beginning February 25, 2017 through March 17, 2017.

7. This Second Interim Order is without prejudice to the rights of any other creditor to seek additional adequate protection or other relief available under the Bankruptcy Code, and entry of this Interim Order is without prejudice to the rights of any of other creditor to challenge or otherwise contest entry of any final order authorizing the use of Cash Collateral.

8. A final hearing on the use of Cash Collateral shall be held on March 17, 2017 at 2:00 p.m. (the "Final Hearing"), in the U.S. Bankruptcy Court, 401 West Trade Street, Charlotte, North Carolina.

9. Any party wishing to object to the relief granted herein being allowed on a final basis shall file such objection with the Court in accordance with the Local Rules of the United States Bankruptcy Court, together with proof of service thereof, showing service upon all interested parties, so as to be received no later than March 10, 2017.

10. The Debtor is directed to serve a copy of this Order upon: (a) the Bankruptcy Administrator for the Western District of North Carolina, (b) the Debtor's twenty (20) largest unsecured creditors, (c) the Scotts, Morganton Savings Bank, and the Small Business Administration, and (d) those parties requesting notice pursuant to Bankruptcy Rule 2002 within three (3) business days after its entry and shall file a certificate of service specifying the manner and method of service.

SO ORDERED.

*This Order has been signed electronically.*
*The Judge's signature and Court's seal*                    **United States Bankruptcy Court**
*appear at the top of the Order.*


WE CONSENT:

| | |
|---|---|
| YOUNG, MORPHIS, BACH & TAYLOR, LLP | PITTS, HAY & HUGENSCHMIDT, P.A. |
| | /s/ Edward C. Hay, Jr. |
| /s/ Jimmy R. Summerlin, Jr. | Edward C. Hay, Jr. |
| Jimmy R. Summerlin, Jr. | N. C. State Bar No. 7149 |
| N.C. State Bar No. 31819 | 137 Biltmore Avenue |
| P.O. Drawer 2428 | Asheville, NC 28801 |
| Hickory, NC 28603 | Telephone: 828-254-6315 |
| Telephone: 828-322-4663 | Attorney for the Debtor |
| Attorney for Reid & Patsy Scott | |